IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

NORMAN DOUGLAS,                                    *

        Petitioner,                         *

v.                                                 Case No.  4:25-cv-62-CDL-AGH

                                 *

WARDEN, STEWART DETENTION CENTER,
*et al.,*                                          *

        Respondents.                        *

_____

## J U D G M E N T

Pursuant to this Court's Order dated 3/16/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 16th day of March, 2026.

                      David W. Bunt, Clerk

                      s/ Elizabeth S. Long, Deputy Clerk